UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x   CIV-06-3341(ENV)(CLP)
U2 HOME ENTERTAINMENT, INC.,

        Plaintiff,

    vs.

DANNY'S MUSICAL STORE, INC. and
MING DI WANG

        Defendants.
- - - - - - - - - - - - - - - - - - - -x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 26 2006 ★
BROOKLYN OFFICE

**ORDER UNSEALING COURT FILE**

    WHEREAS, by Order of this Court dated July 10, 2006, the file of this case was to be sealed pending the execution of the Order of Seizure; and

    WHEREAS, the Court having been advised by plaintiff's counsel that on July 17, 2006 the Order of Seizure was executed, it is hereby

    ORDERED, that the file of this case is unsealed.


Dated:  Brooklyn, New York
       July 20, 2006

                                        s/Eric N. Vitaliano
                                        Eric N. Vitaliano
                               United States District Judge